UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Brittany Riles, et al.,

    Plaintiffs

v.

Tucker Carlson, et al.,

    Defendants

Case No. 2:24-cv-01070-CDS-BNW

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 11]

    On August 26, 2024, Magistrate Judge Brenda Weksler issued a report and recommendation (R&R) to dismiss this action without prejudice for plaintiffs' failure to prosecute the case and comply with court orders. R&R, ECF No. 11 (citing *Hells Canyon Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that courts may dismiss an action under Federal Rule of Civil procedure 41(b) sua sponte for failure to prosecute a case or obey court orders)). Specifically, plaintiff Anysha Cox failed to heed a court order requiring her to file an amended complaint and update her mailing address, and plaintiff Brittany Riles failed to comply with the order requiring her to pay filing fees or file her own application to proceed *in forma pauperis* and update her mailing address. ECF No. 11 at 1. The deadlines to comply with these orders have passed. ECF No. 4; ECF No. 6; ECF No. 8; and ECF No. 10

    Riles and Cox had until September 9, 2024, to file any objections to the R&R. ECF No. 11 at 4 (citing LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, neither Cox or Riles have objected to the R&R nor have they requested more time to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474

U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). As no objections have been filed, I adopt the R&R in full and dismiss this action without prejudice.[1]

**Conclusion**

IT IS THEREFORE ORDERED that Judge Weksler's report and recommendation **[ECF No. 11] is adopted** in its entirety. This action is now dismissed without prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and to close this case.

Dated: October 7, 2024

_____
Cristina D. Silva
United States District Judge

---

[1] Judge Weksler found that the *Malone v. U.S. Postal Serv.* factors weighed in favor of dismissal. 833 F.2d 128, 130 (9th Cir. 1987). ECF No. 11 at 2.